# UNITED STATES BANKRUPTCY COURT

In Re: _____LINDSEY, KATIE_____        Case No. _**12-5034**_

**Debtor**

(if known)

Chapter _____7_____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 306 in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ 76.50 _____  Check one  ☒ With the filing of the petition, **FILED**
                                 ☐ On or before        **UNITED STATES BANKRUPTCY COURT**

    $ 76.50 _____  on or before  03/25/2012           **NORTHERN DISTRICT OF ILLINOIS**

    $ 76.50 _____  on or before  04/17/2012           **FEB 13 2012**

    $ 76.50 _____  on or before  05/25/2012           **KENNETH S. GARDNER, CLERK**
                                                        **PS REP. - SJ**

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

| | |
|---|---|
| X _____ | X _Katie Lindsey_    X 2/13/12 |
| **Signature of Attorney**        Date | **Signature of Debtor**         Date |
| | |
| **Name of Attorney** | **Signature of Joint Debtor**        Date |

**B3A (Official Form 3A) (12/07) - Cont.**

# United States Bankruptcy Court

____Northern____ District Of ____Illinois____

In re _Katie Mae Lindsey_,                                    Case No. _12-5039_
             Debtor

                                                              Chapter ___7___

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☒   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one  ☐  With the filing of the petition, or
                               ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**FEB 13 2012**

Date: _____

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

_____
_United States Bankruptcy Judge_